IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 3:18-cv-00975 |
| TN RESTAURANT GROUP, LLC d/b/a DQ ) | |
| GRILL & CHILL RESTAURANT ) | Chief Judge Crenshaw/Frensley |
| Defendant. ) | |
| ) | |

## JOINT MOTION TO ENTER CONSENT DECREE

The Equal Employment Opportunity Commission and Tennessee Restaurant Group (the Parties) have reached a settlement in the form of a proposed Consent Decree to resolve this case. The Parties submit to the Court contemporaneously the proposed Consent Decree containing the terms of the settlement. In light of the settlement, the Parties respectfully move this Court to approve and enter the proposed Consent Decree. The Parties submit a memorandum in support of the joint motion.

Respectfully submitted,

_____
Cynthia Sherwood
cynthia@sherwoodlitigation.com
Sherwood Boutique Litigation, PLC
201 Fourth Avenue North
Suite 1130
Nashville, Tennessee 37219
615-873-5670- Telephone

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 11730
faye.williams@eeoc.gov

s/ Roslyn N. Griffin
ROSLYN N. GRIFFIN
Trial Attorney
MS Bar No. 103317
roslyn.griffin@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1407 Union Avenue, Suite 901
Memphis, TN 38104

(901) 544-0099

MARK CHEN
Trial Attorney
TN Bar No. 14268
mark.chen@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
220 Athens Way, Suite 350
Nashville, TN 37228
(615) 736-2107

**CERTIFICATE OF SERVICE**

I certify that on January 22, 2020, the foregoing was filed with the Court with the CM/ECF System, which will send a notice of electronic filing to:

Cynthia Sherwood
cynthia@sherwoodlitigation.com
Sherwood Boutique Litigation, PLC
201 Fourth Avenue North
Suite 1130
Nashville, Tennessee 37219
615-873-5670- Telephone
615-900-2312 - Fax

                                            s/ Roslyn N. Griffin
                                             Roslyn N. Griffin